Print Form



# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Natural Alternatives International, Inc.  
Plaintiff,  
v.  
Creative Compounds, LLC  
Defendant.

Civil No. 16cv2146-GPC-JMA

**PRO HAC VICE APPLICATION**

Creative Compounds, LLC  
Party Represented

I, **Nelson Nolte** (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Nolte Law Firm  
Street address: 918 Pontoison Dr.  
City, State, ZIP: Manchester, MO 63021  
Phone number: 314-266-6771  
Email: nn@noltefirm.com  

That on April 17, 2002 (Date) I was admitted to practice before Missouri Supreme Court (Name of Court)

and am currently in good standing and eligible to practice in said court,
that I am not currently suspended or disbarred in any other court, and
that I [X] have) [X] have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

(If previous application made, complete the following)

Title of case: Natural Alternatives International, Inc. v. Creative Compounds, LLC  
Case Number 15-cv-2081-JM-RBB    Date of Application 10/26/2015  
Application: [X] Granted  [ ] Denied

I declare under penalty of perjury that the foregoing is true and correct.

(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

John Karl Buche  
(Name)  
(858) 459-9111  
(Telephone)

Buche & Associates, P.C.  
(Firm)

875 Prospect Street, Suite 305    La Jolla    92037  
(Street)    (City)    (Zip code)

/Nelson D. Nolte/  
(Signature of Applicant)

I hereby consent to the above designation.

(Signature of Designee Attorney)