| | |
|---|---|
| 1 | WILSON TURNER KOSMO LLP |
| | Frederick W. Kosmo, Jr. (138036) |
| 2 | Hubert Kim (204957) |
| | 550 West C Street, Suite 1050 |
| 3 | San Diego, California 92101 |
| | Telephone: (619) 236-9600 |
| 4 | Facsimile:  (619) 236-9669 |
| | E-mail: fkosmo@wilsonturnerkosmo.com |
| 5 | E-mail: hkim@wilsonturnerkosmo.com |

Kevin M. Bell (admitted *pro hac vice*)
Richard J. Oparil (admitted *pro hac vice*)
W. John McKeague (admitted *pro hac vice*)
PORZIO, BROMBERG & NEWMAN PC
1200 New Hampshire Ave., NW, Suite 710
Washington, DC  20036
Telephone:  (202) 517-1888
Facsimile:  (202) 517-6322
E-mail:  kmbell@pbnlaw.com
E-mail:  rjoparil@pbnlaw.com
E-mail:  wjmckeague@pbnlaw.com

Attorneys for Plaintiff
Natural Alternatives International, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC., | Case No.  16-cv-02146-JM-AGS |
| Plaintiff, | **PLAINTIFF NATURAL ALTERNATIVES INTERNATIONAL, INC.'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |
| v. | |
| CREATIVE COMPOUNDS, LLC, | |
| Defendant. | Complaint Filed:  August 24, 2016 |
| | Hearing Date: February 27, 2017 |
| | Time: 10:00 a.m. |
| | Courtroom: 5D |
| | District Judge: Hon. Jeffrey T. Miller |
| | Trial Date: July 16, 2018 |
| AND RELATED CROSS-ACTION. | |

1     Case No. 16-cv-02146-JM-AGS
PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE
AMENDED COMPLAINT

1  PLEASE TAKE NOTICE that on February 27, 2017 at 10:00 a.m., or as soon
2  thereafter as counsel may be heard, in Courtroom 5D of the United States District
3  Court for the Southern District of California, located at 221 West Broadway, San
4  Diego, California, 92101, Plaintiff, Natural Alternatives International, Inc. ("NAI")
5  will move the Court for an order granting NAI leave to file an amended complaint to
6  add claims against additional defendants Core Supplement Technology, Inc., Honey
7  Badger LLC and Myopharma, Inc. and additional patent infringement claims against
8  Defendant, Creative Compounds, LLC ("Creative").

9  This Motion is made on the grounds that courts freely give leave to amend
10 when justice requires.  In addition, the requested amendment is not brought in bad
11 faith, NAI did not delay in drafting the amended complaint or bringing this motion,
12 Creative would not be unfairly prejudiced, the proposed amendment is not futile and
13 NAI has not previously amended its Complaint.

14 This Motion is based upon this Notice of Motion and Motion, the attached
15 Memorandum of Points and Authorities, the Declaration of W. John McKeague, the
16 exhibits filed herewith, the pleadings and other papers on file with the Court in this
17 matter, and any such other evidence which may be presented at or before the hearing
18 of this Motion.

19

20 Dated:    January 19. 2017                **WILSON TURNER KOSMO LLP**

22                                By:    s/ Frederick W. Kosmo, Jr.
                                          FREDERICK W. KOSMO, JR.
                                          fkosmo@wilsonturnerkosmo.com

                                          Attorney for Plaintiff
                                          NATURAL ALTERNATIVES
                                          INTERNATIONAL, INC.