1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

8
9
10
11
12
13
14
15
16

NATURAL ALTERNATIVES
INTERNATIONAL, INC.,

Plaintiff,

v.

CREATIVE COMPOUNDS, LLC,

Defendant.

Case No.:  16-cv-02146-H-AGS

**ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION TO COMPEL**

[Doc. No. 39.]

17
18
19
20
21
22
23
24
25
26
27
28

On February 21, 2017, Defendant Creative Compounds, LLC filed a motion to compel Plaintiff Natural Alternatives International, Inc. to produce documents responsive to Creative's document requests.  (Doc. No. 39.)  On February 22, 2017, Defendant filed a supplement to its motion to compel.  (Doc. No. 42.)  On February 24, 2017, the Court held a telephonic hearing on the matter.  Richard Oparil and Frederick Kosmo appeared for Plaintiff.  Nelson Nolte appeared for Defendant.

By the present motion, Defendant moves pursuant to Federal Rule of Civil Procedure 37(a) to compel Plaintiff to produce documents responsive to Defendant's Request for Productions Nos. 4, 7-9, 11, 20-23, 31-39, 44, 49, 50, 53, 55, 57, 66-69, 73, and 74.  (Doc. No. 39 at 2.)  At the telephonic hearing the parties conceded that they have not met and conferred regarding the matters in Defendant's motion to compel.  Accordingly, because

1

the parties failed to meet and confer prior to Defendant filing the present motion, the Court denies Defendant's motion to compel without prejudice.  See S.D. Cal. Civil Local Rule 26.1.a ("The court will entertain no motion pursuant to Rules 26 through 37, Fed. R. Civ. P., unless counsel will have previously met and conferred concerning all disputed issues."). The Court orders the parties to meet and confer regarding the matters in Defendant's motion to compel within **seven (7) days** of the date this order is filed.

**IT IS SO ORDERED.**

DATED: February 24, 2017

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

2