| | |
|---|---|
| 1 | MAYFIELD BUSTARDE, LLP |
| 2 | Melissa L. Bustarde, Esq. (Bar No. 239062) |
|   | 462 Stevens Ave., Suite 303 |
| 3 | Solana Beach, CA 92075 |
|   | Telephone: (858) 793-8090 |
| 4 | Fax: (858) 793-8099 |
|   | Email: bustarde@mayfieldbustarde.com |

Attorneys for Defendant CORE SUPPLEMENT TECHNOLOGY INC.

WILSON TURNER KOSMO LLP
FREDERICK W. KOSMO, JR. (138036)
HUBERT KIM (204957)
550 West C Street, Suite 1050
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: fkosmo@wilsonturnerkosmo.com
E-mail: hkim@wilsonturnerkosmo.com

Kevin M. Bell (admitted *pro hac vice*)
Richard J. Oparil (admitted *pro hac vice*)
W. John McKeague (admitted *pro hac vice*)
PORZIO, BROMBERG & NEWMAN PC
1200 New Hampshire Ave., NW, Suite 710
Washington, DC 20036
(202) 517-1888
(202) 517-6322 (fax)
kmbell@pbnlaw.com
rjoparil@pbnlaw.com
wjmckeague@pbnlaw.com

Attorneys for Plaintiff NATURAL ALTERNATIVES INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC., | Case No. 16-cv-02146-H-AGS |
| Plaintiff, | **JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |
| v. | Complaint Filed: August 24, 2016 |
| CREATIVE COMPOUNDS, LLC, CORE SUPPLEMENT TECHNOLOGIES, INC., HONEY BADGER LLC, MYOPHARMA, INC., and DOES 1-100, | [Civil L.R. 7.2 and 12.1] |
|  | District Judge: Hon. Marilyn L. Huff |
| Defendants. | Trial Date: July 31, 2018 |

-1-

1  WHEREAS, Plaintiff Natural Alternatives International, Inc. ("NAI") filed its First Amended Complaint for Patent Infringement on March 20, 2017, (Dkt. No. 48), against Defendants Creative Compounds, LLC, Core Supplement Technology Inc. (erroneously sued herein as Core Supplement Technologies, Inc.) ("Core"), Honey Badger LLC and Myopharma, Inc.;

WHEREAS, the Summons and First Amended Complaint were served on Core on March 30, 2017 (*see* Dkt. No. 55);

WHEREAS, pursuant to Rule 12(a)(1)(A)(1) of the Federal Rules of Civil Procedure the deadline for Core to respond to the First Amended Complaint was April 20, 2017;

WHEREAS, counsel for the parties have been in discussions regarding a potential resolution of the action as to Core;

WHEREAS, Core has produced and is in the process of producing a substantial number of documents to NAI in an effort to resolve this matter and needs more time to complete the production, and NAI needs additional time to complete its review of the documents;

WHEREAS, the parties agree that an extension of time for Core to respond to the First Amended Complaint would not prejudice either party and would allow the parties to continue to attempt to resolve the action before Core must respond to the First Amended Complaint; and

WHEREAS, the Court previously granted one extension of Core's deadline to respond to the First Amended Complaint to May 4, 2017.

NOW THEREFORE, it is STIPULATED and AGREED by the parties, and the parties request the Court to Order, pursuant to Civil Local Rule 12.1, that the deadline for Core to respond to the First Amended Complaint be extended an additional seven days to May 11, 2017.

| | | |
|---|---|---|
| Dated: May 4, 2017 | | **WILSON TURNER KOSMO LLP** |
| | By: | s/ Hubert Kim |
| | | FREDERICK W. KOSMO, JR. |
| | | HUBERT KIM |
| | | Attorneys for Plaintiff |
| | | NATURAL ALTERNATIVES INTERNATIONAL, INC. |
| Dated: May 4, 2017 | | **MAYFIELD BUSTARDE, LLP** |
| | By: | s/ Melissa L. Bustarde |
| | | MELISSA L. BUSTARDE, ESQ. |
| | | Attorneys for Defendant |
| | | CORE SUPPLEMENT TECHNOLOGY INC. |

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Hubert Kim, counsel for Plaintiff Natural Alternatives International, Inc. and that I have obtained Hubert Kim's authorization to affix his electronic signature to this document.

s/ Melissa L. Bustarde
Melissa L. Bustarde