John K. Buche (SBN 233767)
BUCHE & ASSOCIATES, P.C.
875 Prospect, Suite 305
La Jolla, California 92037
Telephone: 858.459.9111
Facsimile: 858.459.9120
jbuche@buchelaw.com

Kevin J. O'Shea (*pro hac vice*)
OSHEA LAW LLC
4450 North Kildare Avenue
Chicago, IL  60630
Telephone:  (573) 388-2296 Phone
koshea@oshealawllc.com

Attorneys for Creative Compounds, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> CREATIVE COMPOUNDS, LLC, CORE SUPPLEMENTS TECHNOLOGIES, INC., HONEY BADGER LLC, MYOPHARMA, INC., and DOES 1-100, <br><br> Defendants. | Case No.:  3:16-cv-02146-H-AGS <br><br> **DEFENDANT'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS** <br><br> Date:  August 28, 2017 <br> Time:  10:30 a.m. <br> Ctrm:  15A (15th Floor) <br> Judge:  Honorable Marilyn L. Huff |

PLEASE TAKE NOTICE that on Monday, August 21, 2017 at 10:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 15A of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, California 92101, Defendant Creative Compounds, LLC will and hereby does move the Court pursuant to Federal Rule of Civil Procedure 12(c) for judgment on the pleadings regarding Count I of the First Amended Complaint, (Dkt. No. 48), on the following grounds:

This Motion for Judgment on the Pleadings is based on this Notice and Motion, the Memorandum of Points and Authorities filed herewith and such further evidence and argument as the Court may permit or require at or prior to the time of the hearing on this Motion.

Dated: July 19, 2017                                        Respectfully submitted,

By:   /s/John K. Buche
      John K. Buche (SBN 239477)
      BUCHE & ASSOCIATES, P.C.
      875 Prospect, Suite 305
      La Jolla, California 92037
      Telephone: 858.459.9111
      Facsimile: 858.459.9120
      jbuche@buchelaw.com

      Kevin J. O'Shea (*pro hac vice*)
      OSHEA LAW LLC
      4450 North Kildare Avenue
      Chicago, IL  60630
      Telephone:  (573) 388-2296 Phone
      koshea@oshealawllc.com

      Attorneys for Defendant Creative Compounds, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2017, the foregoing document described as **DEFENDANT'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS** was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

/s/John K. Buche
John K. Buche