1  WILSON TURNER KOSMO LLP
   FREDERICK W. KOSMO, JR. (138036)
2  HUBERT KIM (204957)
   550 West C Street, Suite 1050
3  San Diego, California  92101
   Telephone:  (619) 236-9600
4  Facsimile:   (619) 236-9669
   E-mail:  fkosmo@wilsonturnerkosmo.com
5  E-mail:  hkim@wilsonturnerkosmo.com

6  Kevin M. Bell (admitted pro hac vice)
   Richard J. Oparil (admitted pro hac vice)
7  W. John McKeague (admitted pro hac vice)
   PORZIO, BROMBERG & NEWMAN PC
8  1200 New Hampshire Ave., NW
   Washington, DC 20036
9  (202) 517-1888
   (202) 517-6322 (fax)
10
   Attorneys for Plaintiff
11 NATURAL ALTERNATIVES
   INTERNATIONAL, INC.
12

13              **UNITED STATES DISTRICT COURT**

14              **SOUTHERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| 16  NATURAL ALTERNATIVES INTERNATIONAL, INC., | Case No. 16-cv-02146-H-AGS |
| 17                Plaintiff, | **NOTICE OF APPEAL** |
| 18          v. | District Judge:   Hon. Marilyn L. Huff |
| 19  CREATIVE COMPOUNDS, LLC, CORE SUPPLEMENT TECHNOLOGIES, INC., HONEY BADGER LLC, MYOPHARMA, INC., and DOES 1-100, | |
| 22                Defendants. | |

24

25      Notice is hereby given that Plaintiff, Natural Alternatives International, Inc.,

26 hereby appeals to the United States Court of Appeals for the Federal Circuit from the

27 District Court's Final Judgment entered in this proceeding on November 29,

28 2017 (Dkt. No. 101), including without limitation, the Order granting Defendant

                                        1                Case No. 16-cv-02146-H-AGS
                        PLAINTIFF'S NOTICE OF APPEAL

Creative Compounds, LLC's Rule 12(c) motion for judgment on the pleadings (Dkt. No. 89).

Dated: December 8, 2017   WILSON TURNER KOSMO LLP

By: s/Frederick W. Kosmo, Jr.
Frederick W. Kosmo, Jr. (138036)
Hubert Kim (204957)

Attorney for Plaintiff
NATURAL ALTERNATIVES INTERNATIONAL, INC.