# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> CREATIVE COMPOUNDS, LLC; et al., <br><br> Defendants. | Case No.: 16-cv-02146-H-AGS <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS AND DIRECTING THE CLERK TO CLOSE THE CASE** <br><br> [Doc. No. 108.] |

On August 24, 2016, Plaintiff Natural Alternatives International, Inc. filed the present action. (Doc. No. 1.) On March 20, 2017, Plaintiff filed a first amended complaint against Defendants Creative Compounds, LLC, Core Supplement Technologies, Inc., Honey Badger, LLC, and Myopharma, Inc., alleging claims for patent infringement and trademark infringement. (Doc. No. 48.)

On September 5, 2017, the Court granted Defendant Creative Compounds, LLC's Rule 12(c) motion for judgment on the pleadings, held that the patents-in-suit were all invalid under 35 U.S.C. § 101, and dismissed Plaintiff NAI's claims for patent infringement with prejudice. (Doc. No. 89.) On October 20, 2017, the Court dismissed Defendant Honey Badger, LLC with prejudice pursuant to the parties' joint motion to dismiss. (Doc. No. 94.) On November 6, 2017, the Court dismissed Defendant Myopharma, Inc. with

prejudice pursuant to the parties' joint motion to dismiss. (Doc. No. 96.) On November 20, 2017, the Court dismissed Defendant Creative Compounds, LLC's counterclaims without prejudice as moot in light of the Court's September 5, 2017 order pursuant to the parties' joint motion to dismiss. (Doc. No. 98.) On November 27, 2017, the Court dismissed Defendant Core Supplement Technologies, Inc. with prejudice pursuant to the parties' joint motion to dismiss. (Doc. No. 100.) On November 29, 2017, the Court entered a final judgment in the action. (Doc. No. 101.)

Plaintiff NAI appealed. (Doc. No. 103.) On March 15, 2019, the Federal Circuit issued an opinion reversing this Court's decision that the claims at issue are directed to ineligible subject matter and reversing this Court's grant of Defendant Creative Compounds' Rule 12(c) motion. <u>Nat. Alternatives Int'l, Inc. v. Creative Compounds, LLC</u>, 918 F.3d 1338, 1350 (Fed. Cir. 2019).

On May 2, 2019, Plaintiff Natural Alternatives International, Inc. and Defendant Creative Compounds, LLC filed a joint motion to dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a) in consideration of a confidential settlement and release agreement executed by the parties, with each party to bear its own attorneys' fees and costs. (Doc. No. 108.) In the motion, the parties request that the Court retain jurisdiction over the matter for the purposes of enforcing the parties' written confidential settlement and release agreement. (<u>Id.</u>)

The Court, for good cause shown, grants the joint motion to dismiss and dismisses the action with prejudice with each party to bear its own attorneys' fees and costs. In addition, the Court will retain jurisdiction over the matter for the purposes of enforcing the parties' written confidential settlement and release agreement. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED: May 3, 2019

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT